UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZULMA A. OCHOA, | ) | Case No. CV 05-429-JTL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **J U D G M E N T** |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that Judgment be entered reversing the decision of the Commissioner, and remanding the case for further administrative proceedings consistent with the Memorandum Opinion and Order.

DATED: March 31, 2006

_____/s/_____
JENNIFER T. LUM
UNITED STATES MAGISTRATE JUDGE